UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Jeremy Martin<br><br>        Plaintiff,<br>v.<br><br><br>Optimum Outcomes, Inc.<br><br>        Defendant. | **Case No. 20-cv- 1567** |

**NOTICE OF SETTLEMENT**

A settlement has been reached between the parties. A notice of voluntary dismissal with prejudice will be filed within 60 days of when the settlement agreement is signed by the Plaintiff.

      /s/ Matthew C. Lein
Matthew C. Lein
State Bar No. 1084028
Attorneys for Plaintiff
**LEIN LAW OFFICES, LLP**
15692 Hwy 63 North
PO Box 761
Hayward, Wisconsin 54843
Telephone: (715) 634-4273
Facsimile: (715) 634-5051
mlein@leinlawoffices.com