UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Jeremy Martin<br><br>            Plaintiff,<br>v.<br><br>Optimum Outcomes, Inc<br><br>            Defendant. | **Case No. 20-cv-01567** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jeremy Martin hereby requests that the Court dismiss Plaintiff's claims with prejudice as to Defendant Optimum Outcomes, Inc., and with all rights of appeal waived, all parties to bear their own fees and costs.

                                        /s/ Matthew C. Lein
                                        Matthew C. Lein
                                        State Bar No. 1084028
                                        Attorneys for Plaintiff
                                        **LEIN LAW OFFICES, LLP**
                                        15692 Hwy 63 North
                                        PO Box 761
                                        Hayward, Wisconsin 54843
                                        Telephone: (715) 634-4273
                                        Facsimile: (715) 634-5051
                                        mlein@leinlawoffices.com